# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Maurice Fitzgerald Thompson<br><br>Defendant | )<br>)  Case No. 3:18-MJ-647-BN (2)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Maurice Fitzgerald Thompson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

from in or around February 2018 through in or around April 2018, in the Dallas Division of the Northern District of Texas and elsewhere, did knowingly agree with others, including Terrance Lymone Luke and Shcora Latrica Norris and others known and unknown, to commit sex trafficking through force, fraud and coercion in violation of 18 USC 1594(c)

Date: 9/18/18

*Issuing officer's signature*

City and state: Dallas, Texas

United States Magistrate Judge David L. Horan
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/18/2018, and the person was arrested on *(date)* _____
at *(city and state)* Dallas, TX, 75208.

Date: 11/19/2018

*Arresting officer's signature*

John Jones Special Agent
*Printed name and title*

1075388368